# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE N. PAYNE AND ARTHUR COATES,<br>**Plaintiffs,**<br><br>v.<br><br>MARRIOTT EMPLOYEES FEDERAL CREDIT UNION,<br>**Defendant.** | CIVIL ACTION<br><br>NO. 18-4009 |

# O R D E R

**AND NOW**, this 9th day of January, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), Plaintiffs' Response in Opposition (ECF No. 14), and Defendant's Reply (ECF No. 15), **IT IS ORDERED** that:

1) Defendant's Motion is **GRANTED** as to Plaintiffs' claims for actual damages; Plaintiffs' claims for actual damages are **DISMISSED WITHOUT PREJUDICE**.

2) Defendant's Motion is otherwise **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**